*MAGISTRATE'S CRIMINAL MINUTES*

United States District Court
Southern District of Texas
FILED

NOV 10 2004

Michael N. Milby Clerk

HONORABLE **DORINA RAMOS**, PRESIDING
DEPUTY CLERK Lupita Corbett
ERO            Carmel R. Phelps
PSA            Sandra Doty
INTERPRETER Beatriz Guzman Used
DUSM       Dagoberto Lopez, Jr.
OPEN  9:33 AM        -      9:36 AM

DATE  November 10, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE NO. **M-99-CR-015**
(M-04-4732-M)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Toni Trevino, AUSA |
| | § | |
| vs | § | |
| | § | |
| ARMANDO GOMEZ-MARTINEZ | § | Roberto Yzaguirre, RETD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

( )  IDENTITY HEARING
( )  PRELIMINARY HEARING
(**X**)  DETENTION HEARING

( )  The following witnesses testified:

_____
_____

( )  Government/Defense proffered as to the following witnesses:

_____
_____

( )  Preliminary/Detention Hrg. Continued to:_____

( )  Court finds ( ) ID        ( )PC _____

(X)  Court takes judicial notice of Pretrial's Report.

( )  Deft held without bond pending trial and Order of Detention Pending Trial
     to be entered.

(X)  $150,000 10% BOND SET with special conditions: 3-co-sureties,
     Ms. Reynolds is approved, electronic monitoring (home confinement),
     drug testing and treatment, reside in the United States during the
     the pendency of the case, no weapons, no illegal drug use,
     travel restricted to McAllen,TX., and any other conditions deemed
     necessary by Pretrial Services.

(X)  Deft REMANDED to custody of U.S. Marshal.

( )  Other Proc: _____