# United States District Court

## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2006

Michael N. Milby, Clerk

UNITED STATES OF AMERICA

V.

ARMANDO ISMAEL GOMEZ-MARTINEZ

## WARRANT FOR ARREST
## SEALED

CASE NUMBER: **M-99-015**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest___**ARMANDO ISMAEL GOMEZ-MARTINEZ**_____
(Name)

and bring him   forthwith to the nearest magistrate judge to answer a(n )

[X] Indictment    [ ] Information    [ ]Complaint    [ ]Order of Court    [ ]Violation Notice    [ ]Pretrial Release

charging him with (brief description of offense)

**CT. 1: Conspiracy to commit offense or to defraud the United States.**
   **Title 18, United States Code, Section 371**

**CT. 2:  Exporting and importing monetary instruments.**
   **Title 31, United States Code, Sections 5316(a)(1)(A) and 5322, and Title 18, United States Code, Section 2.**

in violation of Title _____ United States Code, Section(s) _____

MICHAEL N. MILBY_____
Name of Issuing Officer

By: _M. Briones_____
   Signature of Issuing Officer, Deputy Clerk

Bail fixed at $NO BOND_____

CLERK, U. S. DISTRICT COURT_____
Title of Issuing Officer

JANUARY 12, 1999     AT MCALLEN, TX_____
Date and Location

By  U.S. MAG. JUDGE DORINA RAMOS_____
   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ LAX / Los Angeles, CA. |

| DATE RECEIVED  January 14, 1999 | NAME AND TITLE OF ARRESTING OFFICER  Special Agent /ICE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  October 20, 2004 | | |